Being the Whole Length of Zerega Avenue (Including Avenue A and Green Lane), in the Twenty-fourth Ward, Borough of The Bronx, City of New York, as Amended, etc. Bronx Gas & Electric Company, Appellant; ROBERT J. TURNBULL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

NANNIE LEWIS, Appellant, v. JOSEPH MORRIS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

EMIL KAUFMANN, Respondent, v. HOLZMAN, COHEN & COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

FRANK H. KENNY, Appellant, v. HARRY R. STEWART, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.; Clarke, P. J., and Davis, J., dissented.

MELVIN W. KERR, Respondent, v. ARTEMAS WARD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

In the Matter of the Estate of HARRIET QUIMBY, Deceased. WILLIAM QUIMBY, as Executor, etc., of URSULA M. QUIMBY, Deceased, Appellant; JOHN A. SLEICHER, Executor, etc., of HARRIET QUIMBY, Deceased, Respondent.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

HENRY WEBER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment reversed, new trial ordered, costs to appellant to abide event, on the ground that the finding that the plaintiff was free from contributory negligence is against the weight of evidence. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.; Smith, J., dissented.

MINNIE STAMP, Respondent, v. EIGHTY-SIXTH STREET AMUSEMENT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

HELEN HUMPHREYS JONES, Appellant, v. HUMPHREYS' HOMEOPATHIC MEDICINE COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

SADIE TODD, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

WILLIAM SLAVIZ, as Administrator, etc., Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin,

Smith, Page and Shearn, JJ.; Page, J., dissented on the ground that neither the employer nor the employee was engaged in interstate commerce at the time of the accident.